**U.S. Department of Justice**

United States Attorney's Office
District of New Jersey
*Civil Division*

ROBERT FRAZER
UNITED STATES ATTORNEY

*Bridget E. Zarrillo*
*Assistant United States Attorney*

*970 Broad Street, Suite 700*
*Newark, NJ 07102*

*Main: (973) 645-2700*
*Direct: (973) 297-2034*
*bridget.zarrillo@usdoj.gov*

August 24, 2026

SO ORDERED this 25 day of August 2026
Christine P. O'Hearn
United States District Judge

**Via Electronic Filing**
Honorable Christine P. O'Hearn, U.S.D.J.
U.S. District Court for the District of New Jersey
Mitchell H. Cohen Building & U.S. Courthouse
4th & Cooper Streets
Camden, NJ 08101

**Re: *Sumba Chuya v. Blanche, No. 26-10418 (CPO)***
**Brief Adjournment Request**

Dear Judge O'Hearn:

This Office represents Respondents in the above habeas matter brought by Petitioner challenging his detention by U.S. Immigration and Customs Enforcement ("ICE"). We respectfully write in reference to the Court's August 24, Text Order, ECF No. 8, ordering that a hearing take place on August 25, 2026 at 12:30 p.m.

Respondents respectfully request a one hour adjournment of the hearing from 12:30 p.m. on August 25, 2026 to 1:30 p.m. on the same day. Respondents request this brief adjournment to allow the undersigned to attend her previously scheduled ceremony to be sworn in as an Assistant United States Attorney in the District of New Jersey. This Office has reached out to Counsel for Petitioner, Maribel J. Allen, who consents to this adjournment request.

We thank the Court for its consideration of this matter.

Respectfully submitted,

ROBERT FRAZER
United States Attorney

By: *s/ Bridget E. Zarrillo*
BRIDGET E. ZARRILLO
Assistant United States Attorney
*Attorneys for Respondents*