**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

**LUIS ANTONIO SUMBA CHUYA,**

*Petitioner*,

v.

**TODD BLANCHE**, ***et al.***,

*Respondents*.

No. 26-cv-10418

**ORDER**

**THIS MATTER** comes before the Court by way of the Petition for Writ of Habeas Corpus. (ECF No. 1). The Court held a hearing on August 25, 2026. For the reasons stated on the record, **IT IS ORDERED** that: (1) Petitioner shall file any amended petition by August 31, 2026; (2) Respondents shall provide Petitioner with the documents identified by the Court by August 31, 2026; (3) Respondents shall file a response to any amended petition by September 1, 2026; and (4) Petitioner shall file any reply by September 3, 2026. The Court will hold a hearing on September 4, 2026, at 3:00 p.m. via Microsoft Teams; and it is further

**ORDERED** that if, at any time, Respondents determine that expedited removal under 8 U.S.C. § 1225 is inapplicable to Petitioner and elect to withdraw the expedited removal order, Petitioner **SHALL BE RELEASED** under the same conditions, if any, that existed before his detention, including: (a) release in the State of New Jersey, if Petitioner was initially arrested in New Jersey, or otherwise as close to the place of initial arrest as reasonably practicable; (b) without additional conditions (such as ankle monitors or other electronic tracking devices); and (c) with all personal property seized at the time of arrest in the same condition as it existed immediately prior to arrest. If release occurs pursuant to this Order, Respondents shall promptly file a letter on the

docket confirming the date, time, and location of release and certifying that the foregoing conditions have been satisfied. Upon receipt of such a letter, the Clerk of the Court shall close this case.

**CHRISTINE P. O'HEARN**
**United States District Judge**

Dated: August 25, 2026